UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARITZA MARTINEZ-CARABALLO,       21-cv-4107 (JGK)

             Plaintiff,       ORDER

    - against -

BJ'S WHOLESALE CLUB, INC.,

             Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to inform the Court by July 30, 2021 whether they consent to trial before Magistrate Judge Moses. If the parties wish to consent, they are directed to submit the consent form which can be found at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf.

SO ORDERED.

Dated:     New York, New York
          July 21, 2021

                                   _____
                                             John G. Koeltl
                                      United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/21